# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. TOLLSTAM,<br><br>                              Plaintiff,<br>        vs.<br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                              Defendant. | CASE NO. 06cv807-BEN (LSP)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This is an appeal from a decision of the Social Security Administration denying Plaintiff's claim for disability benefits. Cross motions for summary judgment were filed and the motions referred to the Magistrate Judge. On July 24, 2007, Magistrate Judge Leo S. Papas issued a Report and Recommendation recommending that the decision denying continued benefits to Plaintiff be affirmed. No objections have been filed. For the reasons stated below, the Court adopts the well-reasoned Report and Recommendation of the Magistrate Judge, denies Plaintiff's Motion for Summary Judgment, and grants Defendant's Motion for Summary Judgment.

A district judge "may accept, reject, or modify the recommended decision" of a Magistrate Judge on a dispositive matter. F.R.C.P. 72(b); *see also* 28 U.S.C. §636(b)(1). Moreover, "the court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise....Neither the Constitution nor the statute requires a district judge to review, de novo,

findings and recommendations that the parties themselves accept as correct." *U.S. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc), *cert denied*, 157 L.Ed.2d 182 (2003)(emphasis in original).

Plaintiff is a 43 year-old man with some high school education and past relevant experience as a construction worker, bindery worker, assembler, and porter. He initially sought, and was granted, disability benefits from October 2000 to October 2004 as a result of injuries received at a construction site. However, as a result of medical treatment his total disability was found to cease in October 2004. Plaintiff appeals that decision.

The Social Security Administration found that while Plaintiff did have a combination of impairments that prevented him from performing his past relevant work, he still has the residual functional capacity to perform sedentary work existing in significant numbers in the local and national economy. As a result, his claim for disability benefits was denied.

In his Report and Recommendation, the Magistrate Judge correctly and exhaustively considered the Defendant's decision and the Administrative Law Judges's evaluation of Plaintiff's pain testimony and found no error. This Court adopts in full the Report and Recommendation.

The Defendant's conclusion that Plaintiff is no longer disabled is substantially supported by the evidence. Plaintiff's Motion for Summary Judgment is Denied and Defendant's Motion for Summary Judgment is Granted.

IT IS SO ORDERED.

DATED: August 29, 2007

Hon. Roger T. Benitez
United States District Judge